UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

JOSEPH COMPERE,

    Plaintiff,

v.

Case No.: 9:24-cv-81284-WPD

WELLS FARGO BANK N.A.,
a national association,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF PENDING SETTLEMENT
## AS TO DEFENDANT TRANS UNION LLC

**COMES NOW**, Plaintiff, JOSEPH COMPERE ("Plaintiff"), by and through the undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, WELLS FARGO BANK N.A.("Wells Fargo") have reached a conditional settlement in this action. Upon full compliance with the terms of such settlement, Plaintiff and Wells Fargo will request that this matter be dismissed with prejudice.

Dated: May 9, 2025                          Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Jon P. Dubbeld*
**Jon P. Dubbeld, Esq. FBN 105869**
11300 4th Street N, Ste. 260
St. Petersburg, FL 33716

Phone: (727) 490-9919
Fax: (727) 255-5332
jdubbeld@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2025, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff